1

2

3

4                                                    CLOSED

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  NICHOLAS M. TOLIVER,            )  Case No. CV 07-06447 DDP (JCx)
                                    )
12            Plaintiff,            )  **ORDER DENYING MOTION FOR**
                                    )  **RECONSIDERATION AND AFFIRMING THE**
13       v.                         )  **COURT'S PREVIOUS ORDER**
                                    )
14  EXECUTIVE IN CHARGE OF THE      )
    INTERNAL REVENUE SERVICE        )
15  OFFICE AT 300 N.  LOS           )
    ANGELES STREET, STOP 5501,      )
16  GROUP 91; S. BAKER, Revenue     )
    Officer; R.A. MITCHELL,         )
17  Revenue Officer; D.D. Moore,    )
    Revenue Officer,                )
18                                  )
              Defendants.           )
19  _____ )

20       This matter comes before the Court on Plaintiff Nicholas

21  Toliver's motion for reconsideration of the Court's Order denying

22  Plaintiff's motion to remand and granting Defendant's motion to

23  dismiss.  After reviewing the additional materials submitted by the

24  parties and considering the arguments therein, the Court denies

25  Plaintiff's motion and affirms its previous Order.

26       The instant matter was filed by Plaintiff in the Superior

27  Court of California and was removed by Defendant to this Court.  On

28  January 15, 2008, the Court entered its Order Denying Motion To

1   Remand And Granting Motion To Dismiss.  Plaintiff filed his motion

2   for reconsideration, alleging that he had not been served with the

3   Defendant's motion to dismiss.  The Court granted Plaintiff's

4   motion for reconsideration for the limited purpose of allowing

5   Plaintiff to file additional pleadings in response to the

6   Defendant's motion to dismiss.

7        Plaintiff's additional pleadings do not persuade the Court to

8   reconsider its previous Order granting Defendant's motion to

9   dismiss.  Plaintiff has not offered any facts to sustain a basis

10  for any cause of action he has attempted to plead against the

11  federal government, or against any of its employees.

12       Based on the same analysis contained in the Court's previous

13  order entered January 15, 2008, the Court DENIES Plaintiff's motion

14  and affirms its previous Order Denying Motion To Remand And

15  Granting Motion To Dismiss.

16

17  IT IS SO ORDERED.

18

19

20  Dated: July 24, 2008

21                              DEAN D. PREGERSON

22                              United States District Judge

23

24

25

26

27

28